# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **HENRY M. SCOTT, JR.** | **CIVIL DOCKET NO. 6:21-CV-03158-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SHERIFF'S OFFICE OF LAFAYETTE PARISH** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [ECF 14] of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the civil rights Complaint [ECF 1, 7] be DISMISSED WITHOUT PREJUDICE in accordance with the provisions of FRCP Rule 41(b) and LR41.3W.

THUS, DONE AND SIGNED in Chambers on this 3rd day of March 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE